IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LARRY COOK**                                                      **PETITIONER**

v.                                                        **No. 4:16CV177-DMB-JMV**

**EARNEST LEE, ET AL.**                                     **RESPONDENTS**

**ORDER DIRECTING STATE TO RESPOND**

Larry Cook has filed a petition for relief under 28 U.S.C. § 2254. It is **ORDERED:**

1. That no later than March 2, 2018, respondent, through Jim Hood, Attorney General of the State of Mississippi, file his answer to this action, **along with his answer, full and complete transcripts of all proceedings** in the state courts of Mississippi arising from the petitioner's request for parole regarding his conviction on the charge of murder against the petitioner in the Circuit Court of Coahoma County, Mississippi.

2. That within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

3. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Kelly McLeod. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 13th day of December, 2017.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE